UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE GLUMETZA ANTITRUST LITIGATION* | Case No.: 3:19-cv-05822-WHA |
| This Document Relates To: *Meijer, Inc. et al. v. Bausch Health Companies, Inc. et al.*, No. 3:19-cv-05822-WHA<br><br>*Bi-Lo, LLC et al. v. Bausch Health Companies, Inc. et al.*, No. 3:19-cv-06138-WHA<br><br>*KPH Healthcare Services, Inc. v. Bausch Health Companies, Inc. et al.*, No. 3:19-cv-06839-WHA | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |

Having considered the Administrative Motion to File Under Seal Pursuant to Local Rules 7-11 and 79-5 filed by the direct purchaser class plaintiffs, the Court finds that there are compelling reasons to grant the request to file Exhibit A to their Response to Glenn Wayne Mitchell's Appeal of Final Claim Rejection under seal. Accordingly, the Court GRANTS the motion and ORDERS that this document be maintained under seal.

**IT IS SO ORDERED.**

Dated: ____August 31,_____, 2022

_____
The Honorable William Alsup
United States District Judge